# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAVID ALAN FUQUA, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Case No. CIV-17-115-HE ) |
| THE CITY OF ALTUS, a political subdivision of the State of Oklahoma; et.al. | ) ) ) ) ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Come now the remaining parties, by and through their counsel of record, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that the above entitled cause of action be dismissed with prejudice to the right of the Plaintiff to bring any further action against any of the Defendants, all parties to bear their own costs and attorney fees incurred to date.

Dated this ___ day of May, 2018

/s/   Barrett Bowers
Stanley M. Ward, OBA #9351
Woodrow K. Glass, OBA#15690
Barrett Bowers, OBA #30493
WARD & GLASS LLP
1601 36th Street, N.W., Suite 100
Norman, Oklahoma 73072
(405) 360-9700
Fax: (405) 360-7902
***Attorneys for the Plaintiff***

/s/ *Margaret McMorrow-Love*
Margaret McMorrow-Love, OBA No. 5536
John J. Love, OBA #5536
The LOVE LAW FIRM
228 Robert S. Kerr, Suite 540
Oklahoma City, Oklahoma 73102
405-235-3848
405-235-3863–fax
***Attorney for Defendant, The City of Altus***